UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-07336-SVW-MRW | Date | December 21, 2023 |
|---|---|---|---|
| Title | Colton Bryant v. Santos F. Mira et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER MOVING CASE TO INACTIVE CALENDAR PENDING SETTLEMENT

The Court, having received the Notice of Settlement, filed December 20, 2023, vacates all previously set dates.

The Court moves the matter to the inactive calendar pending finalization of settlement.  The parties shall proceed with the settlement as outlined in the notice.  Should the settlement not be finalized within the designated time, the parties shall notify the Court, in writing, and request that the matter be restored to the active calendar.

The Order to Show Cause [17], issued on December 13, 2023, is DISCHARGED.

|  | : |
|---|---|
| Initials of Preparer | PMC |